In the Matter of MAYFAIR-YORK CORP., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and GEORGE W. BOLLING et al.,

Intervenors-Respondents-Appellants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Cohn, J. P., Callahan, Breitel and Botein, JJ. [See *ante*, p. 154.]